UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN NELSON                    ,

         Plaintiff(s),

    v.

DISCORD, INC.                    ,

         Defendant(s).

Case No. 3:26-cv-03217

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Anthony Paronich , an active member in good standing of the bar of Massachusetts , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: JUSTIN NELSON in the above-entitled action. My local co-counsel in this case is Dana Oliver , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 291082 .

| 350 Lincoln Street, Suite 2400, Hingham, MA 02043 | 8780 19th Street, #559, Rancho Cucamonga, CA 91701 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (617) 738-7080 | (855)384-3262 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| anthony@paronichlaw.com | dana@danaoliverlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 678437 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 8 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: __April 16, 2026__                                         __Anthony Paronich__
                                                                                  APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Anthony Paronich__ is DENIED. He has already been granted pro hac vice admission eight times in the last twelve months.

Dated: __April 17, 2026__

_____
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                              2