# UNITED STATES DISTRICT COURT

for the
Northern District of California

| | |
|---|---|
| **JUSTIN NELSON, individually and on behalf of all others similarly situated** | ) ) ) ) ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. 3:26-cv-03217-SK ) ) |
| **DISCORD, INC.** | ) ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Sean Gutierrez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to DISCORD, INC. in Los Angeles County, CA on April 20, 2026 at 11:06 am at 330 N Brand Blvd, Glendale, CA 91203 by leaving the following documents with Henry Lewang who as Intake Specialist at C T Corporation System is authorized by appointment or by law to receive service of process for DISCORD, INC..

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT
Race: Asian, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=34.1512799,-118.2549204
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Los Angeles County                          ,

CA       on    4/21/2026          .

/s/ *Sean Gutierrez*

Sean Gutierrez - +1 (213) 414-9511
Registration No.: 2022115762
Registration County: Los Angeles County

