Carly M. Roman (SBN 349895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff and Putative Class*

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### AT SAN FRANCISCO

| | |
|---|---|
| JUSTIN NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISCORD, INC.,<br><br>Defendant. | Case No. 3:26-cv-03217-SK<br><br>Honorable Magistrate Judge Sallie Kim<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Justin Nelson hereby gives notice that his claims in this action against Defendant Discord, Inc., are hereby voluntarily dismissed with prejudice as to his individual claims, and without prejudice as to his class claims, with each party to bear its own costs and attorneys' fees.

Dated: April 28, 2026

*/s/ Carly M. Roman*
Carly M. Roman (SBN 349895)
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff Justin Nelson*

1